# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARADAY BICYCLES, INC. | Case No. C 4:17-cv-2308-DMR |
| Plaintiff(s) | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| FARADAY&FUTURE, INC. | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 9/13/17

Date: 9/13/17

Signed: _____
Party

Signed: _____
Attorney

*Form ADR-Cert rev. 11-2016*