Morgan E. Smith (State Bar No. 293503)
Email: morgan.smith@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Mark Sommers (*pro hac vice* to be filed)
Email: mark.sommers@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:     (202) 408-4064
Facsimile:      (202) 408-4400

Attorneys for Defendant
Faraday&Future Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FARADAY BICYCLES, INC., | CASE NO. 4:17-cv-02308-SBA |
| Plaintiff, | **DEFENDANT FARADAY&FUTURE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 AND FED. R. CIV. P. 7.1** |
| v. | |
| FARADAY&FUTURE INC., | |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. FF Top Holding Co. Ltd. partially owns Defendant Faraday&Future, Inc.

2. Jerry Wang ultimately owns and controls FF Top Holding Co. Ltd.

3. Jia Yueting provided the initial capital for Faraday&Future, Inc. and Leshi Holding (Beijing) Ltd.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Faraday&Future, Inc., by and through its undersigned counsel, hereby discloses that:

Faraday&Future, Inc. is a privately held California corporation and is partially owned by FF Top Holding Co. Ltd.  FF Top Holding Co. Ltd. is a British Virgin Islands private limited company, has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

Dated: September 18, 2017

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By: /s/ Morgan S. Smith
Morgan E. Smith
Attorney for Defendant
Faraday&Future Inc.