| | |
|---|---|
| 1 | Morgan E. Smith (SBN 293503) |
| 2 | Email: morgan.smith@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW, |
| 3 |   GARRETT & DUNNER, LLP<br>3300 Hillview Avenue |
| 4 | Palo Alto, CA  94304<br>Telephone:     (650) 849-6600 |
| 5 | Facsimile:     (650) 849-6666 |

Morgan E. Smith (SBN 293503)
Email: morgan.smith@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Mark Sommers (*pro hac vice*)
Email: mark.sommers@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Telephone:     (202) 408-4064
Facsimile:     (202) 408-4400

Attorneys for Defendant
Faraday&Future Inc.

Shawn J. Kolitch (*pro hac vice*)
Email: shawn@khpatent.com
Owen W. Dukelow (SBN 196265)
Email: owen@khpatent.com
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, CA  94304
Telephone:     (650) 325-8673
Facsimile:     (650) 325-5076

Attorneys for Plaintiff
Faraday Bicycles, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FARADAY BICYCLES, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>FARADAY&FUTURE INC.,<br><br>            Defendant. | CASE NO. 4:17-cv-02308-SBA<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE;<br>[PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-2, Plaintiff Faraday Bicycles, Inc. and Defendant Faraday&Future Inc. stipulate, with the Court's permission, to continue the Case Management Conference ("CMC"), as provided below.

The Court rescheduled the CMC originally set for November 15, 2017 to January 11, 2018, when it referred this matter to Chief Magistrate Judge Joseph Spero for an Early Mandatory Settlement Conference (Dkt. No. 33). That Settlement Conference took place on December 5, 2017 (Dkt. No. 45). Judge Spero subsequently ordered a further Settlement Conference to take place on February 7, 2018 (Dkt. No. 46).

In light of this further Settlement Conference, the parties propose, subject to the Court's approval, the following amended case schedule:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Last day to file Rule 26(f) Report, complete initial disclosures, or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | January 4, 2018 | February 15, 2018 |
| Initial Case Management Conference | January 11, 2018 at 2:30 p.m. **via telephone** | February 22, 2018 at 2:30 p.m. **via telephone** |

The previous time modifications in this case are as follows:

1. The Court granted Plaintiff's administrative motion to reschedule the dates and deadlines set in the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. Nos. 5 and 12);

2. The Court rescheduled the CMC originally set for November 15, 2017 to January 11, 2018, when it referred this matter to Chief Magistrate Judge Joseph Spero for an Early Mandatory Settlement Conference (Dkt. No. 33); and

3. The Court granted the parties' stipulation regarding expedited discovery (Dkt. Nos. 40 and 41).

1    This case is still in its early stages.  Discovery deadlines, motion deadlines, and trial have not
2 yet been set.  Rescheduling the CMC and the deadline to file the Initial Case Management Statement
3 will not affect the schedule for this case.
4    By her signature below, counsel for Faraday&Future Inc. attests that counsel for Faraday
5 Bicycles, Inc. concurs in the content of this filing and has authorized this filing.

7 Dated: January 2, 2018                    FINNEGAN, HENDERSON, FARABOW,
                                               GARRETT & DUNNER, LLP

9                                           By:   */s/ Morgan E. Smith*
                                               Morgan E. Smith
10                                              Attorney for Defendant
                                               Faraday&Future Inc.

12 Dated: January 2, 2018                    KOLISCH HARTWELL, P.C.

14                                           By:   */s/ Owen W. Dukelow*
                                               Owen W. Dukelow
                                               Attorney for Plaintiff
15                                              Faraday Bicycles, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                       The Hon. Saundra B. Armstrong
                                       United States District Judge
                                       Northern District of California