## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 17-cv-02308-SBA (JCS)

**Case Name:** Faraday Bicycles, Inc. v. Faraday&Future Inc.

**Date:** February 7, 2018         **Time:** 5 H 30 M

**Deputy Clerk:** Karen Hom         **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Shawn Kolitch
**Attorney for Defendant:** Mark Sommers, Morgan Smith

## PROCEEDINGS

( )   Settlement Conference

    ( ) Case Settled        ( ) Case Did Not Settle        ( ) Partial Settlement

(X)   Further Settlement Conference - Held

    (X) Case Settled        ( ) Case Did Not Settle        ( ) Partial Settlement

( )   Telephonic Scheduling Conference to set Settlement Conference

( )   Further Telephonic Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:** Binding term sheet signed.
Plaintiff parties in attendance: Justin Kohnstamm & Adam Vollmer
Defendant parties in attendance: Nick Sampson, Skyler Lund, Kenneth Xie, Chao Ying Deng

**cc:**