SHAWN J. KOLITCH (*admitted Pro Hac Vice*)
E-mail: shawn@khpatent.com
OWEN W. DUKELOW (State Bar No. 196265)
E-mail: owen@khpatent.com
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California   94306
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

*Attorneys for Plaintiff*
*Faraday Bicycles, Inc.*

MORGAN E. SMITH (SBN 293503)
E-mail: morgan.smith@finnegan.com
  FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California   94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

MARK SOMMERS (*admitted Pro Hac Vice*)
E-mail: mark.sommers@finnegan.com
  FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC   20001-4413
Telephone: (202) 408-4064
Facsimile: (202) 408-4400

*Attorneys for Defendant*
*Faraday&Future Inc.*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FARADAY BICYCLES, INC., a Delaware corporation,<br><br>            Plaintiff,<br>    v.<br><br>FARADAY&FUTURE INC., a California corporation,<br><br>            Defendant. | Case No. 4:17-cv-02308-SBA<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND DATE BY WHICH CASE MAY BE REOPENED TO MARCH 13, 2018 |

Pursuant to the parties' stipulation, the deadline to reopen the action is extended to March 13, 2018

~~PURSUANT TO STIPULATION~~, IT IS SO ORDERED.

DATED: February 23, 2018

*Saundra B. Armstrong*
The Hon. Saundra B. Armstrong
United States District Judge
Northern District of California